FILED

1  **AMIR SHAHEED-EDWARDS**
2  **IN PROPRIA PERSONA**

2017 SEP -7 AM 11: 52

3  6300 Variel Avenue, SUITE 416
   Woodland Hills, CA 91367
4  818-917-0028

5

6

7

8

9              **UNITED STATES DISTRICT COURT**
10            **CENTRAL DISTRICT OF CALIFORNIA**

                                    CV 17 - 06579 - CAS(SSx)
11  AMIR SHAHEED-EDWARDS          ) Case No:
    (professionally known         )
12  as "Bravo"); BRAVO'S          ) **COMPLAINT FOR**
                                  ) **COPYRIGHT INFRINGEMENT**
13  PARTNERSHIP d/b/a M.I.A       )
14  BRANDING BRAVO; and Mr.       )
    EDWARDS                       )
15                                ) **DEMAND FOR JURY TRIAL**
16            Plaintiffs          )
                                  )
17      vs.                       )
                                  )
18  SYCO ENTERTAINMENT,           )
19  INC., a Delaware              )
20  corporation                   )
                                  )
21                                )
            Defendants            )
22  _____)

23

24              **PRELIMINARY STATEMENT**

25
26  1.  Plaintiffs bring this action seeking to put
        an immediate stop to, and to obtain redress
27      for, Defendants' blatant and purposeful
28

infringement of the copyright in Plaintiffs' musical composition entitled "All My Life."

2.  Recognizing Plaintiffs' popularity, talent and goodwill, and in a brazen and improper effort to capitalize on Plaintiffs' hard-earned success, Defendants have created and publicized (or caused to be created and publicized) a song for "One Direction" titled "Drag Me Down" which prominently features significant portions of Plaintiffs' musical composition "All My Life" without authorization from Plaintiffs. Defendants' infringing song and music video can be viewed at https://www.youtube.com/watch?v=Jwgf3wmiA04.

3.  Defendants' conduct is causing, and unless immediately enjoined will continue to cause, enormous and irreparable harm to Plaintiffs. Defendants may not continue to exploit Plaintiffs' musical composition without authorization in order to advertise music to the public. Defendants' conduct must immediately be stopped and Plaintiffs must be compensated for Defendants' willful acts of infringement.

## JURISDICTION AND VENUE

4.  This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

5.  This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.  This Court has personal jurisdiction over Defendants because, among other things, Defendants are doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, and Defendants have caused injury to Plaintiffs and their intellectual property within the State of California and in this judicial district.

7.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or § 1400(a).

## THE PARTIES

8.  Plaintiff Bravo is a musical artist and a songwriter, the author of the musical composition entitled "All My Life," and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

9. The Bravo partnership d/b/a M.I.A BRANDING Bravo and Mr. Edwards is a copyright owner and claimant in and to the musical composition "All My Life."

10. Defendants Syco Entertainment, Inc. ("Syco Entertainment"), is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in NEW YORK, NY. Syco Entertainment does business throughout the United States, including in this judicial district. Syco Entertainment is engaged in the business of, among other things, Artist Development, licensing, recording, publishing, marketing and selling merchandise and other items.

11. The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants sued herein as Does 1 through 10, are unknown to Plaintiffs, who therefore sue said defendants by such fictitious names (the "Doe Defendants"). Plaintiffs will seek leave of Court to amend this complaint to state their true names and capacities when they have been ascertained.

12. Plaintiffs are informed and believe and on that basis aver that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth. Syco Entertainment INC and the Doe Defendants are referred to collectively herein as "Defendants."

13. Plaintiffs are informed and believe and on that basis aver that at all times mentioned in this complaint, each of the Defendants was the agent and/or alter ego of each of the other Defendants and, in doing the things alleged in this complaint, was acting within the course and scope of such agency.

## **GENERAL AVERMENTS**

14. Plaintiffs are the co-authors of the music and lyrics to the original musical composition "All My Life." Plaintiffs own the rights and title to the copyright in the composition "All My Life" (the "Infringed Composition")

15. Plaintiffs filed a quick copyright registration via mail with the United States Postal Services along with the United States Copyright Office for the musical composition "All My Life" on January 10, 2013, and are awaiting the issuance of a registration.

16. "All My Life" was recorded by Bravo in 2015, and was released as a single on SoundCloud(Digital Streaming) on May 31st 2015 which can be viewed at SoundCloud.com

17. In or around November 2016, it came to Plaintiffs' attention that Defendants and/or their agents reproduced, distributed, and/or publicly performed (and/or caused to be reproduced,

distributed, and/or publicly performed) a substantial portion of the Infringed Composition without Plaintiffs' authorization in a music single for "Drag Me Down," which can be viewed at https://itunes.apple.com/au/album/drag-me-down-single/id1024077714 (the "Infringing single ").

18. Defendants do not have any license, authorization, permission or consent to use the Infringed Composition.

19. In fact, on December 1 2016 and August 7, 2017, through Amir Shaheed - Edwards' located in California, Plaintiffs provided written notice to Defendant Syco Entertainment INC that the Infringing song constitutes infringement of Plaintiffs' rights and demanded that Defendant Syco Entertainment INC immediately cease and desist from any further use of the Infringed Composition. A true and correct copy of Plaintiffs' cease and desist letter is annexed hereto as Exhibit A.

20. Plaintiffs are entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of the Infringed Composition for their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, Plaintiffs' rights.

## COUNT I COPYRIGHT INFRINGEMENT
## (17 U.S.C. §§ 106 and 501)
## (By Plaintiffs Against Defendants)

21. Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 20, inclusive.

22. Through their conduct averred herein, Defendants have infringed Plaintiffs' copyright in the Infringed Composition in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

23. Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiffs' rights.

24. As a direct and proximate result of said infringement by Defendants, Plaintiffs are entitled to damages in an amount to be proven at trial.

25. Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

26. Plaintiffs further are entitled to their legal fees and full costs pursuant to 17

U.S.C. § 505 and otherwise according to law.

27. As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiffs are informed and believe and on that basis aver that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Infringed Composition. Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1. For damages in such amount as may be found, or as otherwise permitted by law.

2. For an accounting of, and the imposition of constructive trust with respect to, Defendants' profits attributable to their infringements of Plaintiffs' copyright in the Infringed Composition.

3. For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and

assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Plaintiffs' copyright in the Infringed Composition.

4.   For prejudgment interest according to law.

5.   For Plaintiffs' legal' fees, costs, and disbursements in this action.

6.   For such other and further relief as the Court may deem just and proper.


AMIR SHAHEED-EDWARDS
IN PROPRIA PERSONA

BY:

Amir Shaheed-Edwards

September 4th 2017

## __DEMAND FOR JURY TRIAL__

Plaintiffs demand a trial by jury.

September 4th 2017               Amir Shaheed-Edwards

BY:

Amir Shaheed-Edwards

COMPLAINT — COPYRIGHT INFRINGEMENT                    10

# EXHIBIT A

Amir Shaheed, Sound Designer
2550 Kenwood Street
Lancaster, California 93536
8189170028

July 18, 2017

Syco Entertainment
9830 Wilshire Blvd
Beverly Hills, California 90212
+44-020-7361-8000

**RE:** Cease & Desist from Copyright Infringement

Dear Syco Entertainment:

It has come to my attention that you have made an unauthorized use of my copyrighted work entitled All My Life (the "Work") in the preparation of a work derived therefrom. I have reserved all rights in the Work, first published on May 31, 2015, and have registered copyright therein. Your work entitled One Direction - "Drag Me Down" is essentially identical to the Work and clearly used the Work as its basis.

I demand that you cease and desist from this activity as soon as possible and, in any event, within 25 days from your receipt of this letter. If action is not taken by you to cease and desist within the given time frame, I will have no choice but to take appropriate legal action against you.

Sincerely,

_____

Amir Shaheed, Sound Designer

Enclosure:

All My Life - Published VIA SoundCloud - 05/31/2015

This is a RocketLawyer.com document.

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z14839W4291619200 |
| **Service:** | UPS Ground |
| **Special Instructions:** | Signature Required |
| **Weight:** | 20 lb |
| **Shipped/Billed On:** | 08/04/2017 |
| **Delivered On:** | 08/07/2017 10:07 A.M. |
| **Delivered To:** | BEVERLY HILLS, CA, US |
| **Received By:** | SIDDELL |
| **Left At:** | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 08/08/2017 2:10 A.M. ET