AMIR SHAHEED - EDWARDS
6300 VARIEL AVE., SUITE 416
WOODLAND HILLS, CA 91367
818. 917. 0028

FILED

2017 SEP -7 AM 11: 53

---

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Amir Shaheed - Edwards

PLAINTIFF/PETITIONER,

v.

SYco Entertainment   DEFENDANT(S).

CASE NUMBER

**CV 17 -06579 -CAS(SSx)**

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

---

I, __A. Edwards__, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __Student__
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. ____

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?   ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☒No
   d. Gifts or inheritances?   ☐Yes ☒No
   e. Any other income (other than listed above)?   ☐Yes ☒No
   f. Loans?   ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: ____

---

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? 2015

   Approximately how much income did your last tax return reflect? 0

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   N|A

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

CA — State

LA — County (or City)

I, A. Edwards, declare under penalty of perjury that the foregoing is true and correct.

9/7/17 — Date

[Signature] — Plaintiff/Petitioner (Signature)